Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Civil Action No: 17-cv-01174-GMN-GWF |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Egg Works 4, LLC, d.b.a. Egg Works, | |
| Defendant. | |

## <u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled Action be dismissed with prejudice with each side to bear its own costs and fees.

*/ / /*

*/ / /*

**RESPECTFULLY** submitted on this 29th day of June, 2017.


/s/ Whitney C. Wilcher       /s/ James E. Shapiro
Whitney C. Wilcher, Esq.      James E. Shapiro
THE WILCHER FIRM        Smith & Shapiro, PLLC
Nevada State Bar No. 7212      2520 St. Rose Prkwy Ste 220
8465 West Sahara Avenue      Henderson, NV 89074
Suite 111-236          jshapiro@smithshapiro.com
Las Vegas, NV 89117       Attorney for Defendant
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*


## **ORDER**

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED, that this action is and shall be DISMISSED with

prejudice, each party to bear their own attorneys' fees and costs.


DATED        JUNE 30 , 2017

            BY THE COURT:

            _____
            UNITED STATES DISTRICT COURT JUDGE